IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TRENTON MASSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 3:12CV00722 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER OF REMAND**
**PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)**

The parties have moved this Court, pursuant to sentence six of 42 U.S.C. § 405(g), to remand this cause for further administrative proceedings.

Upon remand by this Court, the Appeals Council will remand this matter to the Administrative Law Judge ("ALJ"). Upon remand, the ALJ will be directed to provide the claimant with the opportunity to update the record, address the severity of the claimant's physical and mental impairments and their resulting limitations, further consider the appropriate listings, and issue a new decision based on the total record.

Pursuant to the power of this Court under sentence six of 42 U.S.C. § 405(g), and in light of the parties' motion, this Court hereby REMANDS this matter for further proceedings under sentence six of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). No judgment shall be entered in this matter at this time.

_____
Max O. Cogburn Jr.
United States District Judge